583 A.2d 344

LYNETTE TONELLI v. SATYENDER KHANNA, M.D.

March 20, 1990.

Petition for certification denied. (See 238 *N.J.Super.* 121, 569 *A.*2d 282)

583 A.2d 344

ANGELO SAVERINO v. STEVAN ZBOYAN.

March 20, 1990.

Petition for certification denied. (See 239 *N.J.Super.* 330, 571 *A.*2d 327)

583 A.2d 344

KELLY ANN APGAR v. PFIZER, INC., ETC.

March 20, 1990.

Leave to appeal granted.

583 A.2d 344

KELLY ANN APGAR v. THE UPJOHN COMPANY, ETC.

March 20, 1990.

Leave to appeal granted.